**Order entered October 28, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01032-CV

## IN RE GET ME MEARS GROUP HOLDINGS, LLC, GMM2, LLC, GET ME MEARS, INC., JOHN W. CASTLE, COWEN AND COMPANY, LLC, ROHIT MANOCHA, TRIARTISAN CAPITAL ADVISORS, LLC, ROSCOE F. WHITE III, AND GRANITE FAMILY IPROPERTIES, LLC, Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02983**

## ORDER
Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.  We **DENY** relators' motion for stay as moot.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE